# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-122 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| JEFFREY LYLE FOSSUM, | |
| Defendant. | |

Tracy T. Braun, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Andrea K. George, Assistant Federal Public Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

That the Defendant's oral Motion to Suppress Evidence Obtained as a Result of a Search or Seizure is denied.

DATED: July 25, 2007              s/John R. Tunheim
at Minneapolis, Minnesota.          JOHN R. TUNHEIM
                                             United States District Judge